# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 17, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147734

STULBERG ROCHESTER, LLC,
       Plaintiff-Appellant,

v

GULF ROCHESTER II, LLC,
       Defendant-Appellee.
_____/

SC: 147734
COA: 307188
Oakland CC: 2011-116026-CK

On order of the Chief Justice, the stipulation to dismiss the application for leave to appeal with prejudice and without costs or fees to either party is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 17, 2013



Clerk